UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SAVANNAH BAILEY,

    Plaintiff,                                        Case No. 3:20-cv-304

vs.

COMMISSIONER OF SOCIAL SECURITY,      District Judge Michael J. Newman

    Defendant.

---

**ORDER (1) APPROVING THE PARTIES' JOINT STIPULATION FOR REMAND (DOC. NO. 15); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THAT THE CLERK ENTER JUDGMENT ACCORDINGLY; AND (4) TERMINATING THIS CASE ON THE COURT'S DOCKET**

---

        This Social Security disability benefits appeal is presently before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. No. 15.  For good cause shown, and absent opposition, **IT IS ORDERED THAT:** (1) the ALJ's non-disability finding is found unsupported by substantial evidence, and the parties' joint stipulation for a remand (doc. no. 15) is **APPROVED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED** on the Court's docket.  The Clerk is **ORDERED** to enter judgment accordingly.

        **IT IS SO ORDERED.**


Date:  April 12, 2021                        s/ Michael J. Newman
                                                            Hon. Michael J. Newman
                                                            United States District Judge